IRENE MITCHELL, Appellant, *v.* THE NORTHWESTERN OHIO SAVINGS ASSOCIATION, Defendant, and PAUL A. WARNER, as Superintendent of Building and Loan Associations in the State of Ohio, Respondent.

KATHLEEN C. WEEKS, Appellant, *v.* THE NORTHWESTERN OHIO SAVINGS ASSOCIATION, Defendant, and PAUL A. WARNER, as Superintendent of Building and Loan Associations in the State of Ohio, Respondent.

(Submitted January 8, 1934; decided January 16, 1934.)

*Bertram Schwimmer* for motion.

*Robert S. Sloan* opposed.

Motion denied, with ten dollars costs and necessary printing disbursements, on the ground that the order is not a final determination of the action.